UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br><br>RANDY JACKSON, DRB CAPITAL, LLC, YOLANDA KEYES, as Conservator of the Estate of Randy Jackson,<br><br>        Defendants | Case No.: 5:17-cv-11327-JEL-EAS<br>Hon. Judith E. Levy |

**DEFENDANT DRB CAPITAL, LLC'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E.D. Mich LR 83.4, Defendant DRB Capital, LLC ("DRB") makes the following disclosure:

1.  Is said corporate party a subsidiary or affiliate of a publicly owned corporation

    Yes____        No __X__

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

        Parent Corporation:  NA
        Relationship with Named Party:  NA

2.  Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

1

Yes_____   No___X__

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation: NA
Nature of Financial Interest: NA

Respectfully submitted this 22nd day of June 2017.

*/s/* Sandra Elaine Lilly
Sandra Elaine Lilly (              )
Attorney for DRB Capital, LLC
1625 S Congress Ave., Suite 200
Delray Beach, FL 33445
T – 561-982-3432
E – slilly@drbmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2017, I electronically filed the foregoing documents with the Clerk of the Court for the Eastern District of Michigan using the ECF system, which will send notification to all parties of record.

*/s/* Sandra Elaine Lilly
Sandra Elaine Lilly (Ga Bar 452805)