**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RANDY JACKSON, DRB CAPITAL, LLC, YOLANDA KEYES, as Conservator of the Estate of Randy Jackson,<br><br>　　　　　　　　　　Defendants. | Case No.: 5:17-cv-11327-JEL-EAS<br><br>Hon. Judith E. Levy |

**ORDER AND JUDGMENT GRANTING MOTION FOR ORDER OF INTERPLEADER AND FOR DEFAULT JUDGMENT**

This Court, on October 5, 2017, having heard oral argument on Plaintiff, Brighthouse Life Insurance Company's ("Brighthouse") Motion for an Order of Interpleader and Discharge and for Default Judgment Against Defendants Randy Jackson and Yolanda Keyes [DE #23] (the "Motion"), having reviewed the Motion and the Response of Defendant DRB Capital, LLC ("DRB Capital") [DE #27], and this Court otherwise being fully advised in the premises:

**IT IS HEREBY ORDERED THAT**:

1)　　Brighthouse's Motion for an Order of Interpleader and Discharge and for Default Judgment Against Defendants Randy Jackson and Yolanda Keyes is GRANTED for the reasons stated on the record.

2) Default Judgment is entered against Defendants Randy Jackson and Yolanda Keyes and, accordingly, the February 18, 2015 Absolute Assignment and Security Agreement entered into by Defendant Yolanda Keyes, as Conservator of the Estate of Randy Jackson, is deemed valid and DRB Capital is deemed the proper payee of the payments, specifically annual payments of $19,699.50 each, due March 6, 2017 through and including March 6, 2020 (the "Payments at Issue"), due under annuity contract 90003287RIN (the "Annuity").

3) Brighthouse shall make the remaining Payments at Issue to DRB Capital, as they become due, by check made payable to "DRB Capital, LLC," at Attn: Dept. #210, P.O. Box 850001, Orlando, FL 32885-0210. Because the Payments at Issue are to be made directly to DRB Capital, as they become due under the Annuity, Brighthouse shall not make the Payments at Issue into the Court's registry, nor does the Court require Brighthouse to post a bond.

4) Brighthouse, and its parents, affiliates and subsidiaries or their respective successors, and all of their directors, shareholders, officers, agents, third party administrators, employees, servants, successors, and assigns is released and forever discharged from any and all liability for any and all claims that Defendants Keyes, Jackson or DRB Capital, or their respective successors, assigns, parents, affiliates, subsidiaries, administrators, heirs, beneficiaries, and executors have, may have, or may acquire, against Brighthouse and its parents, affiliates and

subsidiaries or their respective successors, and all of their directors, shareholders, officers, agents, third party administrators, employees, servants, successors, and assigns, related to or arising out of or in connection with, this action, the February 18, 2015 Absolute Assignment and Security Agreement, the Annuity, the payment previously made under the Annuity, and the remaining Payments at Issue, subject only to Brighthouse's obligation to make the remaining Payments at Issue in compliance with the terms of this Judgment.

5) Each of the parties is enjoined and forever restrained from commencing or further prosecuting any proceeding in any state or federal court or in any arbitration forum against another party to this action on account of the Annuity and/or the Payments at Issue, except for the enforcement of this Judgment.

6) Judgment is entered in favor of Brighthouse and against DRB Capital in the amount of $5,275.00, which represents the reasonable attorneys' fees and costs incurred by Brighthouse in bringing this interpleader action, and which sum shall be retained by Brighthouse from the Payment at Issue due March 2, 2018.

7) DRB Capital's Motion to Stay and Compel Arbitration [DE #18] is deemed moot.

This is a final order as it resolves the pending claims and closes the case.

**IT IS SO ORDERED.**

Dated: October 10, 2017          s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                          United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 10, 2017.

                                          s/Shawna C. Burns
                                          SHAWNA C. BURNS
                                          Case Manager